**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

\*\*\*

LARRY JAQUESS,

        Plaintiff,

vs.

US,

        Defendants.

2:16-cv-01710-APG-VCF

**ORDER AND REPORT AND RECOMMENDATION**

    Before the Court are Plaintiff's Motion for Additional Law Support (ECF No. 51), Motion for Additional Discussion of Social Security (ECF No. 52), and Motion for Additional Support on Cattle Prod Presentation (ECF No. 53). The Court ordered Plaintiff to file an amended complaint by February 6, 2017. (ECF No. 49). To date, no amended complaint has been filed. These motions are premature.

    "A civil action is commenced by filing a complaint with the court." FED. R. CIV. P. 3. "A complaint must contain the following: (1) a statement of the grounds for jurisdiction, (2) a short and plain statement of the claim showing why the Plaintiff is entitled to relief, and (3) a demand for relief." FED. R. CIV. P. 8(a). Here, there is no operative complaint since Plaintiff has not complied with Judge Gordon's Order. (ECF No. 49). These three motions cannot be construed as an operative complaint since they do not comply with Rule 8(a). The court should, therefore, dismiss Plaintiff's action as there is no operative complaint. FED. R. CIV. P. 3.

    Accordingly,

    IT IS HEREBY ORDERED that Plaintiff's Motion for Additional Law Support (ECF No. 51), Motion for Additional Discussion of Social Security (ECF No. 52), and Motion for Additional Support on Cattle Prod Presentation (ECF No. 53) are DENIED.

IT IS FURTHER RECOMMENDED that this action be dismissed for lack of an operative complaint, as result of plaintiff failing to file an amended complaint within the time ordered by Judge Gordon.

## NOTICE

Pursuant to Local Rule IB 3-2, any objection to this Finding and Recommendation must be in writing and filed with the Clerk of the Court within (14) days. The Supreme Court has held that the courts of appeal may determine that an appeal has been waived due to the failure to file objections within the specified time. Thomas v. Arn, 474 U.S. 140, 142 (1985). This circuit has also held that (1) failure to file objections within the specified time and (2) failure to properly address and brief the objectionable issues waives the right to appeal the District Court's order and/or appeal factual issues from the order of the *District Court. Martinez v. Ylst*, 951 F.2d 1153, 1157 (9th Cir. 1991); *Britt v. Simi Valley United Sch. Dist.*, 708 F. 2d 452, 454 (9th Cir. 1983).

Pursuant to Local Special Rule 2-2, the Plaintiff must immediately file written notification with the court of any change of address. The notification must include proof of service upon each opposing party or the party's attorney. Failure to comply with the Rule may result in dismissal of this action. *See* LSR 2-2.F

DATED this 18th day of April, 2017.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE