UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| LARRY JAQUESS,<br><br>        Plaintiff,<br><br>v.<br><br>US,<br><br>        Defendant. | Case No. 2:16-cv-01710-APG-VCF<br><br>**DISTRICT COURT'S RESPONSE TO NINTH CIRCUIT'S REFERRAL NOTICE**<br><br>(ECF No. 68) |

      The Ninth Circuit Court of Appeals has referred to me the question whether Mr. Jaquess's "in forma pauperis status should continue for this appeal or whether the appeal is frivolous or taken in bad faith." ECF No. 68. I find this appeal to be frivolous. *Hooker v. American Airlines*, 302 F.3d 1091, 1092 (9th Cir. 2002). Thus, I revoke Mr. Jaquess's in forma pauperis status.

      This response is directed to the Ninth Circuit pursuant to Federal Rule of Appellate Procedure 24(a)(3)(A). The clerk of court shall serve this response upon the parties and the Ninth Circuit.

      DATED this 29th day of August, 2017.

                                                    ANDREW P. GORDON<br>
                                                   UNITED STATES DISTRICT JUDGE